UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSCITTO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE VALLEY HOSPITAL, INC. *et al.*,<br><br>　　　　　Defendants. | Civil Action No.: 15-5704 (JLL)<br><br>**ORDER** |

IT APPEARING THAT:

1. On October 5, 2017, Magistrate Judge Joseph A. Dickson ordered the parties file a stipulation of dismissal on this case as the plaintiff has refiled the matter in the Superior Court of New Jersey. (ECF No. 134).

2. The Parties agree that this Court does not have subject matter jurisdiction. (ECF Nos. 135, 136). For these reasons,

**IT IS** on this ___ day of October, 2017,

**ORDERED** that any and all claims against all defendants are hereby DISMISSED; and it is further

**ORDERED** that the case be CLOSED

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court